IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No: 3:05cv336-MU

DONALD KIRBY,

          Plaintiff,

v.

STANLEY TOTAL LIVING CENTER, INC.
and PAUL J. TERONDE,

          Defendants.

ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF PLAINTIFF'S WAIVER AND RELEASE OF FMLA CLAIMS

For good cause shown, this Court grants the Joint Motion for Court Approval of Plaintiff's Waiver and Release of FMLA Claims and hereby approves Plaintiff's knowing and voluntary waiver and release of any and all claims he may have against Defendants Stanley Total Living Center, Inc. and Paul J. TeRonde under the FMLA.

Signed: March 24, 2006

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge